HARRY P. BARRAND, Appellant, *v.* JOHN J. QUINN et al., Respondents.

Argued March 8, 1951; decided April 12, 1951.

*Theodore C. Bonney* for appellant.

*James M. Ryan* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.